# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CHRISTOPHER R. TAYLOR**                                                             **PETITIONER**

v.                                                                                                      **No. 3:21CV109-NBB-JMV**

**BILL RASCO, ET AL.**                                                                               **RESPONDENTS**

\#

\#

\#

## ACKNOWLEDGMENT OF RECEIPT

      I, Christopher R. Taylor, hereby acknowledge that I have this day received a copy of the court's memorandum opinion dated November 24, 2021.

      This, the _____ day of _____, 2021.

                                                                                  _____

                                                                                  CHRISTOPHER R. TAYLOR
                                                                                  PETITIONER

Please return this Acknowledgment Form to:

Clerk, U.S. District Court
Pro Se Law Clerk
203 Gilmore Dr.
Amory, MS   38821

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CHRISTOPHER R. TAYLOR**                  **PETITIONER**

v.                                    No. 3:21CV109-NBB-JMV

**BILL RASCO, ET AL.**                          **RESPONDENTS**

\#

\#

\#

## ACKNOWLEDGMENT OF RECEIPT

I, Christopher R. Taylor, hereby acknowledge that I have this day received a copy of the court's final judgment dated November 24, 2021.

This, the _____ day of _____, 2021.

_____
CHRISTOPHER R. TAYLOR
PETITIONER

Please return this Acknowledgment Form to:

Clerk, U.S. District Court
Pro Se Law Clerk
203 Gilmore Dr.
Amory, MS  38821