IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHRISTOPHER R. TAYLOR**                                                                       **PETITIONER**

v.                                                                        No. **3:21CV109-NBB-JMV**

**BILL RASCO, ET AL.**                                                                      **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 24th day of November, 2021.

                                                                    /s/ Neal Biggers
                                                                    NEAL B. BIGGERS
                                                                    SENIOR U. S. DISTRICT JUDGE